```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 21041
   GLORIA D GOINES
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-8866


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 11/09/2007 and was confirmed 01/31/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors   44.00%.

      The case was dismissed after confirmation 04/24/2008.
--------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
--------------------------------------------------------------------------
 WELLS FARGO FINANCIAL IL  UNSECURED          414.85           .00          .00
 CHASE HOME FINANCE LLC    CURRENT MORTG         .00           .00          .00
 CHASE HOME FINANCE LLC    MORTGAGE ARRE        .00           .00          .00
 PIERCE & ASSOC            NOTICE ONLY    NOT FILED           .00          .00
 FIA CARD SERVICES         UNSECURED        14800.07           .00          .00
 CINGULAR                  UNSECURED       NOT FILED           .00          .00
 FIRST USA BANK            UNSECURED       NOT FILED           .00          .00
 ECAST SETTLEMENT CORP     UNSECURED         9691.77           .00          .00
 EVERGREEN EMERGENCY SERV  UNSECURED       NOT FILED           .00          .00
 MT SINAI                  UNSECURED       NOT FILED           .00          .00
 PEOPLES GAS LIGHT & COKE  UNSECURED       NOT FILED           .00          .00
 NCO PORTFOLIO MANAGEMENT  UNSECURED         1243.35           .00          .00
 PORTFOLIO RECOVERY ASSOC  UNSECURED         1560.00           .00          .00
 PORTFOLIO RECOVERY ASSOC  UNSECURED         5692.04           .00          .00
 SEARS ROEBUCK & CO        UNSECURED       NOT FILED           .00          .00
 WFFINANCIAL               NOTICE ONLY    NOT FILED           .00          .00
 NATIONWIDE CREDIT & COLL  UNSECURED       NOT FILED           .00          .00
 ROUNDUP FUNDING LLC       UNSECURED          470.30           .00          .00
 ROUNDUP FUNDING LLC       UNSECURED         6072.52           .00          .00
 LEGAL HELPERS PC          DEBTOR ATTY      2,628.00                      690.00
 TOM VAUGHN                TRUSTEE                                         60.00
 DEBTOR REFUND             REFUND                                           .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------
 TRUSTEE                   750.00

 PRIORITY                                                        .00
 SECURED                                                         .00
 UNSECURED                                                       .00

                    PAGE   1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 21041 GLORIA D GOINES
```

```
ADMINISTRATIVE                                                   690.00
TRUSTEE COMPENSATION                                              60.00
DEBTOR REFUND                                                       .00
                                        ---------------   ---------------
TOTALS                                          750.00            750.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 07/23/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE